IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES KEVIN CHURCHILL                                              PLAINTIFF

v.                  Civil No. 05-5190

SHERIFF KEITH FERGUSON and
DR. NEIL MULLINS                                            DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

James Kevin Churchill filed this pro se civil rights action under 42 U.S.C. § 1983 on November 30, 2005. His complaint was filed in forma pauperis (IFP). (Docs. 1-4.)

On February 1, 2006, the undersigned entered an order directing Churchill to complete, sign, and return an attached addendum to his complaint by March 3, 2006. (Doc. 13.) To date, Churchill has not responded to the order by returning the completed and signed addendum. The court's February 1 order has not been returned as undeliverable, Churchill has not communicated with the court, and a later address for Churchill does not appear in the file.

I therefore recommend that Churchill's complaint be dismissed on the grounds that he has failed to prosecute this action or obey an order of this court. *See* Fed. R. Civ. P. 41(b).

**Churchill has ten days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely written objections may result in waiver of the right to appeal questions of fact. Churchill is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 3rd day of April 2006.

**/s/ Beverly Stites Jones**
_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)