IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JAMES KEVIN CHURCHILL**                                **PLAINTIFF**

**v.**                    **Civil No. 05-5190**

**SHERIFF KEITH FERGUSON and**
**DR. NEIL MULLINS**                                  **DEFENDANTS**

### O R D E R

Now on this 24th day of April, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #14), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Churchill's Complaint is hereby **dismissed.**

                                               <u>/s/Jimm Larry Hendren</u>
                                               HON. JIMM LARRY HENDREN
                                               UNITED STATES DISTRICT JUDGE